NAME
CURTIS RENEE JACKSON
PRISON NUMBER
J-88116
CURRENT ADDRESS OR PLACE OF CONFINEMENT
P.O. BOX 3030
CITY, STATE, ZIP CODE
SUSANVILLE, CALIFORNIA 96127

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
MAY 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CURTIS RENEE JACKSON,
(FULL NAME OF PETITIONER)
PETITIONER

v.

T. FELKER, WARDEN H.D.S.P.,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT
and

The Attorney General of the State of California, Additional Respondent.

Civil No '08 CV 0855 H POR
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
SUPERIOR COURT OF SAN BERNARDINO COUNTY - EAST DESERT REGION
P.O. BOX 6602 JOSHUA TREE, CALIFORNIA 92252-6602
2. Date of judgment of conviction:
11-2-95
3. Trial court case number of the judgment of conviction being challenged:
FMB 000601
4. Length of sentence:
25 YEARS TO LIFE, 3-STRIKES



CR

**5.** Sentence start date and projected release date:
12-8-95
12-8-18

**6.** Offense(s) for which you were convicted or pleaded guilty (all counts):
P.C. 12021, A

**7.** What was your plea? (CHECK ONE)

(a) Not guilty ☒
(b) Guilty ☐
(c) Nolo contendere ☐

**8.** If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)

(a) Jury ☒
(b) Judge only ☐

**9.** Did you testify at the trial?

☐ Yes ☒ No

## DIRECT APPEAL

**10.** Did you appeal from the judgment of conviction in the **California Court of Appeal**?
☒ Yes ☐ No

**11.** If you appealed in the **California Court of Appeal**, answer the following:

(a) Result: DENIED

(b) Date of result (if known): 2-6-97

(c) Case number and citation (if known): E017479

(d) Names of Judges participating in case (if known): McKINSTER, P.J., McDANIEL, J.

(e) Grounds raised on direct appeal: (1) PETITIONERS CONSTITUTIONAL RIGHT TO PRESENT A DEFENSE WAS VIOLATED WHEN THE TRIAL COURT RESTRICTED DIRECT EXAMINATION OF A KEY WITNESS. (2) WHETHER PETITIONERS RIGHT TO DUE PROCESS OF LAW WAS VIOLATED BECAUSE HE WAS CONVICTED WITHOUT LEGALLY SUFFICIENT EVIDENCE THAT HE POSSESSED, CONT, NEXT PAGE

**12.** If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:

(a) Result: DENIED

(b) Date of result (if known): 2-28-97

(c) Case number and citation (if known): [redacted] S059594

(d) Grounds raised: SAME AS 11. (e) ABOVE

CONTINUANCE FROM PAGE 2 (11)(2)

CONTROLLED OR OWNED THE HANDGUN, WITHIN THE MEANING OF PENAL CODE SECTION 12021.A.

(3) WHETHER THE APPELLATE COURT ERRED IN RULING THAT POLICE IN CONDUCTING A PROBATION SEARCH, NEED NO "REASONABLE CAUSE" TO BELIEVE THEIR SEARCH WILL DISCLOSE EVIDENCE OF A CRIME.

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
   (a) Result:
   (b) Date of result (if known):
   (c) Case number and citation (if known):
   (d) Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☒ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:
   (a) **California Superior Court** Case Number (if known):
   (b) Nature of proceeding: STATE, WRIT OF HABEAS CORPUS
   (c) Grounds raised: (1) NEWLY DISCOVERED EVIDENCE "FORENSICS PRINTOUT"
   (2) MENTAL ILLNESS
   (3) INEFFECTIVE ASSISTANCE OF COUNSEL.
   (d) Did you receive an evidentiary hearing on your petition, application or motion?
   ☐ Yes ☒ No
   (e) Result: DENIED
   (f) Date of result (if known): 6-7-08

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☒ Yes ☐ No

**17.** If your answer to #16 was "Yes," give the following information:

(a) **California Court of Appeal** Case Number (if known): E043857

(b) Nature of proceeding: STATE, WRIT OF HABEAS CORPUS

(c) Names of Judges participating in case (if known) MCKINSTER, P.J., MCDANIEL, J.

(d) Grounds raised: (1) NEWLY DISCOVERED EVIDENCE "FORENSICS PRINTOUT"
(2) MENTAL ILLNESS
(3) INEFFECTIVE ASSISTANCE OF COUNSEL

(e) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☒ No

(f) Result: DENIED

(g) Date of result (if known): 8-28-07

**18.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☒ Yes ☐ No

**19.** If your answer to #18 was "Yes," give the following information:

(a) **California Supreme Court** Case Number (if known): S157436

(b) Nature of proceeding: STATE, WRIT OF HABEAS CORPUS

(c) Grounds raised: (1) NEWLY DISCOVERED EVIDENCE "FORENSICS PRINTOUT"
(2) MENTAL ILLNESS
(3) INEFFECTIVE ASSISTANCE OF COUNSEL

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☒ No

(e) Result: DENIED

(f) Date of result (if known): 4-16-08

**20.** If you did ***not*** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

## COLLATERAL REVIEW IN FEDERAL COURT

**21.** Is this your **first** federal petition for writ of habeas corpus challenging this conviction?

☒ Yes ☐ No (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed?

(i) What was the prior case number?

(ii) Was the prior action (CHECK ONE):

Denied on the merits? ☐

Dismissed for procedural reasons? ☐

(iii) Date of decision:

(b) Were any of the issues in this current petition also raised in the prior federal petition?

☐ Yes ☐ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

☐ Yes ☒ No

CRC

---

CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. **Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: PETITIONER WAS DENIED HIS FOURTEENTH RIGHT TO EQUAL PROTECTION OF LAW (S) WHEN THE LOWER COURT (S) USED A UNREASONABLE DETERMINATION OF CLEAR ESTABLISHED FEDRAL LAW....

**Supporting FACTS**: SEE MEMORANDUM OF POINTS, AND AUTHORITIES.

**Did you raise GROUND ONE in the California Supreme Court?**

☐ Yes ☒ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition):

(2) Case number or citation:

(3) Result (attach a copy of the court's opinion or order if available):

(b) **GROUND TWO**: PETITIONER'S DUE-PROCESS RIGHTS WERE VIOLATED WHEN TRIAL COUNSEL, JOHN V. STEVENS PURPOSELY FAILED TO MAKE THE TRIAL COURT AWARE OF PETITIONER'S MENTAL ILLNESS CLAIM/ISSUE IN ORDER FOR [redacted] THE COURT TO MAKE THE NECESSARY ARRANGEMENTS TO DETERMINE WHETHER PETITIONER WAS COMPETENT TO STAND TRIAL

SUPPORTING FACTS: SEE MEMORANDUM OF POINTS, AND AUTHORITIES.

**Did you raise GROUND TWO in the California Supreme Court?**

[X] Yes [ ] No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): STATE, WRIT OF HABEAS CORPUS

(2) Case number or citation: S157436

(3) Result (attach a copy of the court's opinion or order if available): SEE EXHIBIT "A"

(c) **GROUND THREE**: PETITIONERS CLAIM OF INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL, IS WHEN COUNSEL PURPOSELY FAILED TO INVESTIGATE PETITIONERS MENTAL ILLNESS ISSUE.

**Supporting FACTS:** SEE MEMORANDUM OF POINTS AND AUTHORITIES.

**Did you raise GROUND THREE in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): STATE, WRIT OF HABEAS CORPUS.

(2) Case number or citation: S157436

(3) Result (attach a copy of the court's opinion or order if available): SEE EXHIBIT "A"

(d) **GROUND FOUR**: NEWLY DISCOVERED EVIDENCE "FORENICS PRINTOUT" NOT ADDMITTED INTO EVIDENCE OR KNOWN TO PETITIONER.

**Supporting FACTS**: SEE MEMORANDUM OF POINTS, AND AUTHORITIES.

**Did you raise GROUND FOUR in the California Supreme Court?**

☒ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): STATE, WRIT OF HABEAS CORPUS

(2) Case number or citation: S157436

(3) Result (attach a copy of the court's opinion or order if available): SEE EXHIBIT "A"

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☒ No

**24.** If your answer to #23 is "Yes," give the following information:

(a) Name of Court:

(b) Case Number:

(c) Date action filed:

(d) Nature of proceeding:

(e) Name(s) of judges (if known):

(f) Grounds raised:

(g) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing . . . . . . . .

(b) At arraignment and plea . . . . . . . JERRY BYNUM

(c) At trial . . . . . . . . . . . . . . . . . . . . . . JOHN V. STEVENS

(d) At sentencing . . . . . . . . . . . . . . . JOHN V. STEVENS

(e) On appeal . . . . . . . . . . . . . . . . . . IVY KESSEL 16000 VENTURA BOULEVARD SUITE 1208, ENCINO, CALIF 91436

(f) In any post-conviction proceeding .

(g) On appeal from any adverse ruling in a post-conviction proceeding:

**26.** Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☒ No

**27.** Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

(a) If so, give name and location of court that imposed sentence to be served in the future:

(b) Give date and length of the future sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes ☐ No

**28.** Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to procced before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court:

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

5-8-08 (DATE)

Curtis Simon Jackson
SIGNATURE OF PETITIONER

EXHIBIT

A

**S157436**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re CURTIS RENEE JACKSON on Habeas Corpus

---

The petition for writ of habeas corpus is denied. (See *In re Robbins* (1998) 18 Cal.4th 770, 780; *In re Swain* (1949) 34 Cal.2d 300, 304; *People v. Duvall* (1995) 9 Cal.4th 464, 474.)

George, C. J., was absent and did not participate.

SUPREME COURT
FILED

APR 16 2008

Frederick K. Ohlrich Clerk

Deputy

WERDEGAR

Acting Chief Justice

# MEMORANDUM OF POINTS AND AUTHORITIES

PETITIONER COME (S) TO THIS COURT FOR A RULING ON THE MERITS OF HIS FACTUAL DISPUTE.

THE LOWER COURTS AJUDICATION OF PETITIONER (S) HABEAS CLAIM (S) WERE INADEQUATE FOR THE FOLLOWING REASON.

## GROUND I

> PETITIONER WAS DENIED HIS FOURTEENTH RIGHT TO EQUAL PROTECTION OF LAW (S) WHEN THE LOWER COURTS USED A UNREASONABLE DETERMINATION OF CLEARLY ESTABLISHED FEDERAL LAW...

PETITIONER ASSERT (S) BY THE LOWER COURT (S) FAILURE TO PROPERLY AJUDICATE HIS HABEAS CLAIM (S) IN THE LOWER COURT (S) HE WAS DENIED HIS DUE-PROCESS SAFE-GARDS AS PROVIDED BY THE UNITED STATES CONSTITUTION.

THE COURT (S) RESPONSE VIOLATED BOTH SUBSTANTIVE LAW (S) AND PROCEDURAL LAW (S) AND A EVIDENTUARY HEARING IS MANDITORY AT THIS INSTANCE.

ALONG WITH THIS PETITION, PETITIONER WILL LODGE A FORMAL MOTION FOR A EVIDENTUARY HEARING WITH THE AUTHORITIES SUPPORTING THIS CLAIM.

FIRST THE COURT (S) RESPONSE AVOID THE FACT (S) PETITIONER PRESENTED TO ITS COURTS.

IN DOING SO THE COURT (S) THEN AVOIDED THE AUTHORITIES PETITIONER USED TO SUPPORT HIS CLAIM (S)

THESE ACTIONS ALONE ARE SURFICE TO SHOW THAT THIS IS / OR THE COURTS ACTION (S) VIOLATED THE SUBSTANTIVE RESPECTS OF THE INTRODUCTION OF NEWLY DISCOVERED EVIDENCE. ////

THE FOLLOWING GROUNDS WILL SUPPORT THIS FACT, ALONG WITH THE FORMAL MOTION FOR A EVIDENTUARY.

GROUND II

PETITIONERS DUE-PROCESS RIGHTS
WERE VIOLATED WHEN TRIAL COUNSEL,
JOHN STEVENS PURPOSELY FAILED TO
MAKE THE COURT AWARE OF PETITIONERS
MENTAL ILLNESS CLAIM / ISSUE IN ORDER
FOR THE COURT TO MAKE THE NECESSARY
ARRANGEMENTS TO DETERMINE WHETHER
PETITIONER WAS COMPETENT TO STAND
TRIAL.

PETITIONER ASSERT (S) THAT THIS IS A NEW MATERIAL FACT AND THE COURT (S) RESPONSE IS INADEQUATE WITH RESPECT TO THE INTRODUCTION OF NEW EVIDENCE NOR DOSE IT MENTION THE AUTHORITIES USED TO

SUPPORT THIS CLAIM.

PETITIONER ASSERTS HE IS THEREFORE ENTITLED TO RELIEF.

GROUND III

PETITIONERS CLAIM OF INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL, IS WHEN COUNSEL PURPOSELY FAILED TO INVESTIGATE PETITIONERS MENTAL HEALTH ISSUE.

PETITIONER ASSERTS THAT THIS IS NEW MATERIAL FACT AND THE COURT RESPONSE IS INADEQUATE WITH RESPECT TO THE INTRODUCTION OF NEW EVIDENCE NOR DOES IT MENTION THE AUTHORITIES USED TO SUPPORT THIS CLAIM.

PETITIONER ASSERT HE IS THEREFORE ENTITLED TO RELIEF.

GROUND IV

NEWLY DISCOVERED EVIDENCE "FORENICS PRINTOUT" NOT ADDMITTED INTO EVIDENCE OR KNOWN TO PETITIONER. THIS "FORENICS PRINTOUT" WAS SENT AND RECEIVED BY PETITIONER SEVERAL YEARS AFTER CONVICTION.

PETITIONER ASSERTS THAT THIS IS NEW MATERIAL FACT AND THE COURT RESPONSE IS INADEQUATE WITH RESPECT TO THE INTRODUCTION OF NEW EVIDENCE NOR DOES IT MENTION THE AUTHORITIES USED TO SUPPORT THIS CLAIM.

PETITIONER ASSERTS HE IS THEREFORE ENTITLED TO RELIEF.

CONTENTIONS

PETITIONER ASSERTS ON THE ABOVE SET OF FACTS HE IS ENTITLED TO RELIEF SO HE THEREFORE PRAYS:

I. ISSUE A ORDER TO SHOW CAUSE TO THE AFOREMENTIONED PARTIES OF INTEREST DIRECTING THEM TO SHOW WHY PETITIONER IS NOT ENTITLED TO RELIEF SOUGHT IN THIS PETITION.

II. CONDUCT A FULL AND FAIR HEARING.

III. APPOINT COUNSEL TO REPRESENT PETITIONER AT SAID HEARING.

III. GRANT PETITIONER ANY AND ALL RELIEF WITHIN THE INTEREST OF JUSTICE.

RESPECTFULLY SUBMITTED

DATE 5-8-08

Curtis Renee Jackson

CURTIS RENEE JACKSON

IN PRO. PER.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CURTIS RENEE JACKSON
**PLAINTIFF or PETITIONER**

v.

**Case Number:**

T.FELKER, WARDEN H.D.S.P. AL ET
**Defendant or Respondent**

## PROOF OF SERVICE

THE ATTORNEY GENERAL OF THE STATE, OF CALIFORNIA, ADDITIONAL RESPONDENT (S)

I hereby certify that on 5-8, 20 08, I served a copy of the attached PETITION FOR WRIT OF HABEAS CORPUS, UNDER 28 U.S.C. §2254 BY A PERSON IN STATE CUSTODY, MEMORANDUM OF POINTS AND AUTHORITIES, AND APPLICATION AND REQUEST FOR A EVIDENTIARY HEARING, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at HIGH DESERT STATE PRISON IN: SUSANVILLE, CALIFORNIA

CLERK OFFICE, OF THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF CALIFORNIA.
U.S. DISTRICT COURT ROOM 4290
880 FRONT STREET
SAN DIEGO, CALIFORNIA 92101-8900

I declare under penalty of perjury that the foregoing is true and correct.

Curtis Renee Jackson

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILING FEE PAID Yes___ No ✓
IFP MOTION FILED Yes ✓ No___
COPIES SENT TO Court ✓ ProSe

FILED
MAY 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**I (a) PLAINTIFFS**

Curtis Renee Jackson

**DEFENDANTS**

T. Felker

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Lassen
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Curtis Renee Jackson
PO Box 3030
Susanville, CA 96127
J-88116

**ATTORNEYS (IF KNOWN)**

'08 CV 0855 H POR

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☒ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 5/12/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R Miller

CR