Curtis R. Jackson J-88116
P.O. Box 3030
Susanville Ca.# 96127

2254 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
MAY 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Curtis R. Jackson
Petitioner,

v.

T. Felker (Warden) et.al.
Respondent(s)

CASE: '08 CV 0855 H POR

"APPLICATION AND REQUEST FOR A EVIDENTURARY HEARING"

Petitioner assert(s) that a "Evidentuary Hearing" is "MANDITORY" at this instance.

Petitioner assert(s) that the state court responce(s) to petitioner(s) habeas petition(s) are an unreasonable determination of federal law as articulated by the Supreme Court. see Williams v. Taylor (2002) 120 S.Ct. 1495.

NECISSITY FOR HEARING

Petitioner assert(s) that he introduced "New Material Fact(s)" in his previous habeas proceedings in the state court(s). /////



CR

/////

By the state court(s) failing to conduct a evidentuary hearing, petitioner is being denied his equal protection safe-gard(s)

The court(s) action(s) in this instance violate both substantive law, and procedural law.

Evidence Presented in the State Proceedings.

•Petitioner presented to the court(s) that his right to due-process was violated by trial counsels failure to make the court(s) aware of his Mental Illness [WHCSS 070004I].

Petitioner lodged along with his petition a copy of C.D.C.-128-B form/chorno to demonstrate that he is currently part of the Mental Health Program provided by the corrections department.

See. EXIBIT "A" (1)

Petitioner has sinced obtained a copy of the civil complaint he lodged in the Alameda County superior court concerning his Medical Records held by the office of social security services. See. EXIBIT "A" (2)

A defendant is not required by law to prove his competence by clear and convincing evidence. See. 28 U.S.C. § 2254 (d)(1), (d)(2), (e)(1)(2003); Torres v. Prunty (9th Cir. 2000) 223 F. 3d. 1103, 1105

/////

Wether evidence requires a competency hearing is a question of fact, state court findings can be overturned only if findings was a unreasonable determination based on evidence.

The court(s) response to the issue is a "MOOT" fact, being trial counsel could have easily obtained this information.

## CONCLUSION

Petitioner assert(s) that in order to fully evaluate a defendant(s) competence at the time of trial proceedings, a retrospective hearing is necessary. See Moran v. Godinez (9th Cir. 1994) 57 F.3d 690, 696

The court(s) response fails to reach the merit(s) of petitioner(s) factual dispute i.e. his competence to stand trial.

When a criminal defendant introduces "New Material Facts" in the state court(s) and the court(s) makes a decision based on such fact(s) without first conducting a evidentuary hearing, the states fact-finding process is "deemed" "UNREASONABLE". see Taylor v. Maddox (9th Cir. 2004) 366 F.3d. 1101

////

On the above set of facts petitioner asserts a "Evidentuary Hearing" is "MANDITORY".

RESPECTFULLY SUBMITTED:

DATE: 5-8-08

SIGN: Curtis R. Jackson
CURTIS R. JACKSON
IN PRO. PER.

# EXIBIT "A" 1-2

CALIFORNIA DEPARTMENT OF CORRECTIONS HIGH DESERT DATE PRISON

NAME/NUMBER: JACKSON, Curtis CDC# J8816 HOUSING: C4-111L

Inmate Jackson requested Mental Health provide an information chrono regarding his placement at HDSP. Inmate Jackson arrived at HDSP on 056/24/2003 from Corcoran where he was in the CCCMS program.

At HDSP he was placed in the MHDS at the CCCMS level of care and continues to have this level of care.

B. Martiny, Ph.D. COPY

B. Martiny, Ph.D.

c: C-File
Medical Records
CCI
Reporting Employee

DATE: May 31, 2006

CHRONO CDC 128-B

A 1

**CM-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| CURTIS RENEE JACKSON<br>HIGH DESERT STATE PRISON<br>P.O. BOX 3030 C4-111<br>SUSANVILLE, CALIF 96127<br>TELEPHONE NO.: FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | ENDORSED<br>FILED<br>ALAMEDA COUNTY<br>MAY 1 4 2007<br>CLERK OF THE SUPERIOR COURT<br>By ________ Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>STREET ADDRESS: 2233 SHORELINE DRIVE<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: ALAMEDA, CALIF 94501<br>BRANCH NAME: GEORGE E. MCDONALD HALL OF JUSTICE | |
| PLAINTIFF/PETITIONER: CURTIS RENEE JACKSON<br>DEFENDANT/RESPONDENT: SOCIAL SECURITY ADMINISTRATION | |
| **CASE MANAGEMENT STATEMENT**<br>**(Check one):** ☐ **UNLIMITED CASE** (Amount demanded exceeds $25,000) ☒ **LIMITED CASE** (Amount demanded is $25,000 or less) | CASE NUMBER: WG06294921 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: 8-3-07 Time: 1:30 P.M Dept.: 303 Div.: CIVIL Room:

Address of court *(if different from the address above)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. ☒ This statement is submitted by party *(name)*: CURTIS RENEE JACKSON
   b. ☐ This statement is submitted **jointly** by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: MAY 14, 2007
   b. ☐ The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☒ The following parties named in the complaint or cross-complaint SOCIAL SECURITY ADMINISTRATION
      (1) [redacted] have not been served *(specify names and explain why not)*:
      Crt
      (2) ☒ have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) ☐ have had a default entered against them *(specify names)*:
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in ☒ complaint ☐ cross-complaint *(describe, including causes of action)*:
   PLAINTIFF-PETITIONER HAS BEEN CONSTANTLY DEPRIVED OF COPIES FROM OWN PERSONAL MEDICAL FILE FROM THE S.S.A. BRANCH AT 1111 JACKSON STREET FOR OVER A YEAR. PLAINTIFF SPECIFIED THAT SUCH DOCUMENTS WERE NEED IN A CRIMINAL CASE TO PROVE MENTAL ILLNESS



Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court, rules 3.720–3.730
www.courtinfo.ca.gov

"A" 2

American LegalNet, Inc.
www.FormsWorkflow.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Curtis Renee Jackson-J-88116, High Desert State Prison P O Box 3030, Susanville, CA 96127-3030, E-MAIL — Telephone — FAX — ATTORNEY FOR (Name): IN PROPRIA PERSONA | FOR COURT USE ONLY |
|---|---|
| Alameda County Superior - Alameda - George E McDonald<br>STREET ADDRESS: 2233 Shoreline Dr<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Alameda, CA 94501<br>BRANCH NAME: George E McDonald | |
| PLAINTIFF: Curtis Renee Jackson<br>DEFENDANT: John Doe Director; John Doe Archives/Rec | CASE NUMBER: WG06294921 |
| **PROOF OF SERVICE** | FILE NUMBER 2007012554 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): SUMMONS & COMPLAINT, CASE MANAGEMENT ORDER

3. a. Party served: **Social Security Administration**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **Janie McDaniel**

4. Address where party was served: **Social Security Administratio|1111 Jackson St Oakland, CA 94612**

5. I served the party
   d. by other means.
   served auth agent

6. The "Notice to the Person Served" was completed as follows:
   d. on behalf of: Social Security Administration
   under: Other: Social Security Administration

7. Person who served papers:
   a. Name: **T. Bishop, Deputy**
   b. Address: **Sheriff's Civil Unit Room 104 1225 Fallon St. Oakland, CA 94612**
   c. Telephone number: **(510) 272-6910**
   d. The fee for service was: **$30.00 (Waived)**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: November 27, 2007

T J Bishop 1524
Sheriff's Authorized Agent
Gregory J. Ahern, Sheriff-Coroner

Hearing: <No Information>
Remarks: Personally Served Janie McDaniel - District Manager