CURTIS RENEE JACKSON
PLAINTIFF/PETITIONER/MOVANT'S NAME

J-88116
PRISON NUMBER

HIGH DESERT STATE PRISON, SUSANVILLE, CALIF 96127-3030
PLACE OF CONFINEMENT

P.O. BOX 3030 C3-106
ADDRESS

FILED
MAY 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 1983
FILING FEE PAID
Yes No
IFP MOTION FILED
Yes No
COPIES SENT TO
Court ProSe

# United States District Court
## Southern District Of California

| | |
|---|---|
| CURTIS RENEE JACKSON, Plaintiff/Petitioner/Movant<br>v.<br>T. FELKER, WARDEN H.D.S.P., AL. ET., Defendant/Respondent | Civil No. '08 CV 0855 H POR<br>(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)<br><br>**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>** |

I, CURTIS RENEE JACKSON, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)

   If "Yes," state the place of your incarceration HIGH DESERT STATE PRISON, IN SUSANVILLE CALIFORNIA

   Are you employed at the institution? ☒ Yes ☐ No

   Do you receive any payment from the institution? ☐ Yes ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]



CR

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Ø

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?:

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, royalties interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance | ☐ Yes | ☒ No |
| d. | Disability or workers compensation | ☐ Yes | ☒ No |
| e. | Social Security, disability or other welfare | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Spousal or child support | ☐ Yes | ☒ No |
| g. | Any other sources | ☒ Yes | ☐ No |

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. EVERY FOUR TO FIVE MONTHS, A FAMILY MEMBER SENDS ME A MONEY ORDER $25.00

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: Year: Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

☐ Yes ☒ No

If "Yes" describe the property and state its value.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Ø

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): I OWE THE COURTS, DISTRICT COURTS OF NORTHERN AND CENTARL CALIFORNIA ABOUT SIX PLUS HUNDRED DOLLARS, WHICH I CAN'T PAY, BEING THAT I DON'T HAVE MONEY COMING IN ON A CONSISTANT BASES.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): Ø

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. A FAMILY MEMBER SENDS ME A $25.00 MONEY ORDER EVERY FOUR TO FIVE MONTHS

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

4-30-08
DATE

Curtis Bernard Jackson
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I certify that the applicant Curtis Renee,
(NAME OF INMATE)

J88116,
(INMATE'S CDC NUMBER)

has the sum of $ 17.41 on account to his/her credit at

High Desert State Prison.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ______

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ 4.40,

and the ***average monthly deposits*** to the applicant's account was $ 4.17.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/6/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] HDSP
TRUST OFFICE

5/6/08
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

Ginny Morales.
OFFICER'S FULL NAME (PRINTED)

Sr Account Clerk.
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, CURTIS RENEE JACKSON - J-88116, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

4-30-08
DATE

Curtis Renee Jackson
SIGNATURE OF PRISONER

REPORT ID: TS3030 .701 REPORT DATE: 05/06/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 06, 2008

ACCOUNT NUMBER : J88116 BED/CELL NUMBER: FCB3T1000000106L
ACCOUNT NAME : JACKSON, CURTIS RENEE ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/01/2007 | | BEGINNING BALANCE | | | | | 1.38 |
| 11/02 | *FR01 | CANTEEN RETUR | 702041 | | | 0.01- | 1.39 |
| 12/04 | W512 | LEGAL POSTAGE | 2447 11/02 | | | 0.41 | 0.98 |
| 12/13 | W515 | COPY CHARGE | 2602 COPY | | | 0.10 | 0.88 |
| ACTIVITY FOR 2008 | | | | | | | |
| 03/05 | W512 | LEGAL POSTAGE | 3774 02/06 | | | 0.88 | 0.00 |
| 04/24 | D300 | CASH DEPOSIT | 4837 4172 | | 25.00 | | 25.00 |
| 04/24 | W215 | FEDERAL FILIN | 4857 FFF | | | 5.00 | 20.00 |
| 04/24 | W512 | LEGAL POSTAGE | 4867 03/27 | | | 0.41 | 19.59 |
| 04/24 | W512 | LEGAL POSTAGE | 4867 03/27 | | | 0.58 | 19.01 |
| 05/02 | W516 | LEGAL COPY CH | 5023 04/04 | | | 0.40 | 18.61 |
| 05/05 | W516 | LEGAL COPY CH | 5050 04/04 | | | 0.40 | 18.21 |
| 05/05 | W516 | LEGAL COPY CH | 5050 04/04 | | | 0.40 | 17.81 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/09/2008 | H118 | LEGAL COPIES HOLD | 4442 04/08 | 0.30 |
| 04/18/2008 | H118 | LEGAL COPIES HOLD | 4707 04/17 | 0.10 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 1.38 | 25.00 | 8.57 | 17.81 | 0.40 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 17.41 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 5/6/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] HDSP
TRUST OFFICE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CURTIS RENEE JACKSON

**PLAINTIFF or PETITIONER**

**v.**

**Case Number:**

T. FELKER - WARDEN

**Defendant or Respondent**

## PROOF OF SERVICE

THE ATTORNEY GENERAL OF THE STATE, OF CALIFORNIA, ADDITIONAL RESPONDENT (S)

**I hereby certify that on** 4-30- **, 20**08**, I served a copy of the attached** MOTION TO PROCEED INFORMA PAUPERIS**, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at** HIGH DESERT STATE PRISON: AND SENT TO TRUST OFFICE TO BE PROCESSED, WITH INSTRUCTION UPON COMPLETION, TO FORWARD ALL DOCUMENTS TO THE: CLERK OF U.S. DISTRICT COURT, ROOM 4290, 880 FRONT STREET, SAN DIEGO 92101-8900.

I declare under penalty of perjury that the foregoing is true and correct.

Curtis Renee Jackson